# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SIMMONS, SR., | ) |
|       Plaintiff, | ) Case No. 2:16-cv-00455-GMN-GWF |
| vs. | ) **ORDER** |
| VERIZON MANAGEMENT PENSION PLAN, | ) |
|       Defendant. | ) |

This matter is before the Court on the parties' Discovery Plan and Scheduling Order (ECF No. 15), filed August 8, 2016. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that the parties' Discovery Plan and Scheduling Order (ECF No. 15) is **granted**, in part. The Court adopts Defendant's bifurcated briefing schedule as follows:

1. Defendant will disclose a copy of the administrative record for Plaintiff's review on or before **Friday, August 19, 2016**.

2. Defendant shall file a dispositive motion regarding the statute of limitations on or before **Wednesday, September 16, 2016**. Plaintiff shall file a response on or before **Wednesday, October 19, 2016** and Defendant shall file a reply on or before **Monday, November 7, 2016**.

3. If any part of the case survives the Court's ruling on Defendant's dispositive motion regarding the statute of limitations, Plaintiff shall file his dispositive motion regarding ERISA within **thirty (30) days** of the Court's ruling. Defendant shall file a response **within thirty-three (33) days** after Plaintiff's brief is filed and Plaintiff shall file a reply **within seventeen (17) days** after Defendant files its response brief.

DATED this 10th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge