Ann-Martha Andrews
State Bar No. 7585
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Tel: 602.262.5311
Fax: 602.262.5747
E-mail: aandrews@lrrc.com

*Attorneys for Defendant Verizon Management Pension Plan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SIMMONS, SR., <br><br> Plaintiff, <br><br> vs. <br><br> VERIZON MANAGEMENT PENSION PLAN, <br><br> Defendant. | CASE NO. 2:16-CV-00455-GMN-GWF <br><br> **MOTION TO SEAL EXHIBIT 1 TO MOTION FOR SUMMARY JUDGMENT [DOC. 17]** |

In accordance with Fed. R. Civ. P. 5.2(d), defendant Verizon Management Pension Plan requests the Court's permission to file Exhibit 1 to the Motion for Summary Judgment (Doc. 17) under seal.

Portions of the Administrative Record are attached as Exhibit 1 to the Motion for Summary Judgment (Doc. 17). The Plan is requesting that this exhibit (Doc. 17-1) be filed under seal, due to one or more pages containing personal identifying information that was inadvertently not redacted prior to the filing of the exhibit.

DATED this 16th day of September 2016.

2010877090_1

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: <u>s/ Ann-Martha Andrews</u>
Ann-Martha Andrews
State Bar No. 7585
E-mail:   aandrews@lrrc.com
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Tel: 602.262.5311
Fax: 602.262.5747

*Attorneys for Verizon Management Pension Plan*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 19, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Patricia S. Waldeck
777 N Rainbow Blvd, Suite 270
Las Vegas, NV 89107

Kirsten G. Scott
RENAKER HASSELMAN LLP
235 Montgomery Street, Suite 944
San Francisco, CA 94101

*Attorneys for Plaintiff*

/s/ B. Phares
An Employee of Lewis Roca Rothgerber Christie LLP

2010877090_1

3