Ann-Martha Andrews
State Bar No. 7585
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Tel: 602.262.5311
Fax: 602.262.5747
E-mail: aandrews@lrrc.com

*Attorneys for Defendant Verizon Management Pension Plan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SIMMONS, SR.,<br><br>          Plaintiff,<br><br>     vs.<br><br>VERIZON MANAGEMENT PENSION PLAN,<br><br>          Defendant. | CASE NO.  2:16-CV-00455-GMN-GWF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice.  Each party will bear its own attorneys' fees and costs.

DATED February 15, 2017.

RENAKER HASSELMAN SCOTT LLP          LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Kirsten G. Scott (with permission)*          By: */s/ Ann-Martha Andrews*
     Kirsten G. Scott                                                       Ann-Martha Andrews
*Attorneys for Plaintiff John Simmons, Sr.*     *Attorneys for Verizon Management Pension Plan*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
**DATED** this  15  day of February, 2017.

100199951_1